Wells Fargo
322 East 12300 South
Draper, UT  84020

**02  30949 GEC**

After Hours Medical
1134 Draper Parkway
Draper, UT  84020

Alliance One
3705 Quaker Bridge Road Suite # 112
Mercerville, NJ  08619

AMCA
2269 S. Saw Mill River Rd Bldg.3
Elmsford, NY   10523

AT & T Universal Card
P.O. Box 8029
South Hackensack, NJ  07606



Bonneville Collections
P.O Box 65597
Salt Lake City, UT  84165

Chase
100 Duffy Ave
Hicksville, NY 11801

Citibank
P.O Box 6500
Sioux Falls, SD  57117

Discover Card
P.O Box 15316
Wilmington, DE 19850


0230949D3

Draper Dental
856 E. 12300 S. Ste 8
Draper, UT 84020



GC Services, Collection Division
P.O Box 261000(057)
San Diego, CA 92196



GC Services LTD
P.O Box 261000
San Diego, CA 92196



Grant & Grant
420 E. South Temple Ste 450
Salt Lake City, UT 84111-1343



Labcorp
5199 Green St.
Salt Lake City, UT 84123



Meier & Frank
P.O Box 5157
Portland, OR 97208



NCO Financial Systems, Inc.
PO Box 41706
Philadelphia, PA   19101-1706



Nelnet
PO Box 17460
Denver, CO   80217-0460



North American Recovery
10 W. Broadway Suite 610
Salt Lake City, UT 84101

Outsource Receivables Management
P.O Box 166 3017 Taylor Ave
Ogden, UT   84403


Outsource Receivables Management
3017 Taylor Ave
Ogden, UT   84403


Retailer's National Bank-Mervyn's
3701 Wayzata Blvd
Minneapolis, MN   55416


Retailers National Bank-Mervyn's
PO Box 59231
Minneapolis, MN   55459-0231


Retailer's National Bank-Target
3701 Wayzata Blvd
Minneapolis, MN 55416


Sallie Mae Servicing
Attn:   Correspondence
PO Box 9500
Wilkes-Barre, PA   18773-9500


Salt Lake Regional Hospital
1050 East South Temple
Salt Lake City, UT   84102


States Recovery Systems
P.O Box 2860
2951 Sunrise Blvd Ste 100
 Rancho Cordova, CA 95741-2860


Surpas Resource Group
3120 Hayes Rd Ste 200
Houston, TX 77082

University of Utah
Student Loan Services
201 S. 1460 E. Room #155
Salt Lake City, UT  84112-9054


US  Department of Education FISI-AT
P.O Box 4222
Iowa City, IA 52244


Utah Community Credit Union
1900 North Canyon Road
Provo, UT  84604


Viking Collections
P.O Box 59207
Minneapolis, MN 55459


VW Credit
2333 Waukeegan Rd
Deerfield, IL 60015


Wachovia
P.O Box 4635
Atlanta, GA 3032-4635


Wasatch Pediatrics
7138 S. 2000 E. # 102
Salt Lake City, UT 84121


Wells Fargo
7000 Vista Dr. West
Des Moines, IA 50266


Wells Fargo Card Service
P.O Box 3696
Portland, OR   97208